UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ERIC CHATMAN,                                                Case No. 2:18-CV-1262 JCM (VCF)

                           Plaintiff(s),                                         ORDER

      v.

MGM CASINO AND RESORT, et al.,

                         Defendant(s).

       Presently before the court is Magistrate Judge Ferenbach's report and recommendation ("R&R") in the matter of *Chatman v. MGM Casino and Resort et al*, case no. 2:18-cv-01262-JCM-VCF.  (ECF No. 3).  No objections have been filed, and the deadline for doing so has passed.

       Magistrate Judge Ferenbach recommends that this case be dismissed with prejudice for plaintiff's failure to state a claim upon which relief may be granted.  (ECF No. 3).  Magistrate Judge Ferenbach notes that plaintiff's claims are barred by the doctrine of *res judicata*, and also that they fail to state a claim pursuant to 42 U.S.C. § 1983.  *Id.*

       This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate."  28 U.S.C. § 636(b)(1).  Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made."  28 U.S.C. § 636(b)(1).

       Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection."  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a

**James C. Mahan**
**U.S. District Judge**

magistrate judge's report and recommendation where no objections have been filed.  *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made).

Nevertheless, this court conducted a *de novo* review to determine whether to adopt the recommendation of the magistrate judge.  Upon reviewing the recommendation and attendant circumstances, this court finds good cause appears to adopt the magistrate judge's findings in full.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Magistrate Judge Ferenbach's report and recommendation (ECF No. 3) are ADOPTED in their entirety.

IT IS FURTHER ORDERED that this action be dismissed with prejudice.

The clerk is instructed to enter judgment accordingly and close the case.

DATED March 13, 2019.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge

- 2 -